# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 09mj9466
vs )  ABSTRACT OF ORDER
)  Booking No. 17531298
Matilde Salto )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __12-15-09__ the Court entered the following order:

- \_\_\_\_\_ Defendant be released from custody.
- \_\_\_\_\_ Defendant placed on supervised / unsupervised probation / supervised release.
- \_\_\_\_\_ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- \_\_\_\_\_ Defendant released on $\_\_\_\_\_ bond posted.
- \_\_\_\_\_ Defendant appeared in Court. FINGERPRINT & RELEASE.
- \_\_\_\_\_ Defendant remanded and ( \_\_\_\_\_ bond) ( \_\_\_\_\_ bond on appeal) exonerated.
- \_\_\_\_\_ Defendant sentenced to TIME SERVED, supervised release for \_\_\_\_\_ years.
- \_\_\_\_\_ c.c. judgment Court of Appeals ( \_\_\_\_\_ affirming) ( \_\_\_\_\_ reversing) decision of this Court:
  \_\_\_\_\_ dismissing appeal filed.
- \_\_\_\_\_ Bench Warrant Recalled.
- \_\_\_\_\_ Defendant forfeited collateral.
- ✓ Case Dismissed.
- \_\_\_\_\_ Defendant to be released to Pretrial Services for electronic monitoring.
- ✓ Other. __Bond exonerated__

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
        _signature_
        Deputy Clerk

Received _signature_ DUSM

Crim-9 (Rev 6-95)                ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY